Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-203RSM |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO TRANSFER PREVIOUSLY IMPOSED CONDITIONS OF RELEASE UNDER CR19-205RSM TO CR19-203RSM** |
| (17) KARINA RODRIGUEZ, | |
| Defendant. | |

This matter comes before the Court on the United States' Stipulated Motion to Transfer Previously Imposed Conditions of Release Under CR19-205RSM to CR19-203RSM. Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the conditions of release previously imposed in case CR19-205RSM are hereby transferred to case CR19-203RSM.

//
//
//

(PROPOSED) ORDER TO TRANSFER PREVIOUSLY IMPOSED
CONDITIONS OF RELEASE UNDER CR19-205RSM to CR19-203RSM - 1
*United States v. Karina Rodriguez, CR19-203RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of the Court is directed to prepare an Appearance Bond in CR19-203RSM consistent with the Appearance Bond originally prepared in CR19-205RSM.

DATED this 21st day of January, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

(PROPOSED) ORDER TO TRANSFER PREVIOUSLY IMPOSED
CONDITIONS OF RELEASE UNDER CR19-205RSM to CR19-203RSM - 2
*United States v. Karina Rodriguez, CR19-203RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970