THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARINA RODRIGUEZ, <br><br> Defendant. | No. CR19-203 RSM <br><br> ORDER GRANTING MOTION FOR TEMPORARY REMOVAL OF LOCATION MONITORING CONDITION |

Having read and considered Defendant Karina Rodriguez's Stipulated Motion for Temporary Removal of Location Monitoring Condition, it is therefore

ORDERED that the location monitoring condition of Ms. Rodriguez's conditions of release shall be temporarily removed from May 8, 2020 to May 15, 2020.

DATED this 6th day of May 2020.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///

///

STIPULATED MOTION - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

Presented by:

/s/ *Emma C. Scanlan*
Emma C. Scanlan, WSBA #37835
Attorney for Karina Rodriguez

STIPULATED MOTION - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780