The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARINA RODRIGUEZ, <br><br> Defendant. | NO. CR19-203 RSM <br><br> ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO UNITED STATES' OPPOSITION TO DEFENDANT'S PRO SE MOTION FOR REDUCTION TO SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibit 1 to United States' Opposition to Defendant's Pro Se Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit 1 to United States' Opposition to Defendant's Pro Se Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//

Sealing Order - 1
*Untied States v. Rodriguez,* CR19-203 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit 1 to United States' Opposition to Defendant's Pro Se Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) be filed under seal.

DATED this 20th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

Sealing Order - 2
Untied States v. Rodriguez, CR19-203 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970